KERSHAW, CUTTER & RATINOFF, LLP
William A. Kershaw (State Bar No. 057486)
Email: wkershaw@kcrlegal.com
C. Brooks Cutter (State Bar No. 121407)
Email: bcutter@kcrlegal.com
Stuart C. Talley (State Bar No. 180374)
Email: stalley@kcrlegal.com
John R. Parker, Jr. (State Bar No. 257761)
Email: jparker@kcrlegal.com
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Attorneys for Plaintiffs
Michael James Goodglick, Karen Young,
Joshua Gilson, Brandon Ellison Reininger,
Trevor Antunez, Jessica Lares, Jaywill Sands,
Bryan Colver, Jaclyn Badolato, Nicole
Stankovitz, and Vinny Curbelo

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL JAMES GOODGLICK, KAREN YOUNG, JOSHUA GILSON, BRANDON ELLISON REININGER, TREVOR ANTUNEZ, JESSICA LARES, JAYWILL SANDS, BRYAN COLVER, JACLYN BADOLATO, NICOLE STANKOVITZ, and VINNY CURBELO, on behalf of themselves and all others who are similarly situation,<br><br>Plaintiffs,<br>vs.<br><br>APPLE INC., AT&T CORP.,<br><br>Defendants. | Case No. 10-cv-02862 RMW<br><br>**CLASS ACTION**<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil Local Rule 3-12)**<br><br>Case Assigned to Judge Ronald M. Whyte<br><br>Related Cases:<br><br>*Benvenisty v. Apple, Inc.*<br>Case No. 10-cv-02885<br><br>*Dydyk v. Apple, Inc.*<br>Case No. 10-cv-02897<br><br>*Rodgers v. Apple, Inc.*<br>Case No. 10-cv-02916<br><br>*Popik v. Apple, Inc.*, et al.<br>Case No. 10-cv-02928<br><br>*Tietze v. Apple, Inc.*<br>Case No. 10-cv-02929 |

*Pasano v. Apple, Inc., et al.*
Case No. 10-cv-03919

*Mayo v. Apple*, *Inc.*
Case No. 10-cv-03017

*Aguilera v. Apple, Inc., et al.*
Case No. 10-cv-03056

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that eight different cases related to this, the first-filed action, namely,

*Benvenisty v. Apple, Inc.*, Case No. 10-cv-02885

*Dydyk v. Apple, Inc.*, Case No. 10-cv-02897

*Rodgers v. Apple, Inc.*, Case No. 10-cv-02916

*Popik v. Apple, Inc., et al.*, Case No. 10-cv-02928

*Tietze v. Apple, Inc.*, Case No. 10-cv-02929

*Pasanao v. Apple, Inc., et al.*, Case No. 10-cv-03919

*Mayo v. Apple*, *Inc.*, Case No. 10-cv-03017

*Aguilera v. Apple, Inc., et al.*, Case No. 10-cv-03056

have been filed in the United States District Court for the Northern District of California.

Pursuant to Civil Local Rules 3-12(b) of the United States District Court of the Northern District of California, Plaintiffs Michael James Goodglick, Karen Young, Joshua Gilson, Brandon Ellison Reininger, Trevor Antunez, Jessica Lares, Jaywill Sands, Bryan Colver, Jaclyn Badolato, Nicole Stankovitz, and Vinny Curbelo, (collectively, "Plaintiffs") in this action submit this administrative motion to consider whether the above-named cases filed in the Northern District of California should be related to the present case, the low number action pending in this District in front of the Honorable Judge Ronald M. Whyte.

These actions filed in the Northern District of California all involve substantially the same transactions, events, questions of law, and allege essentially the same violations of California law. Each of these cases allege defendant Apple, Inc., produced, marketed, and sold a defective product, namely the iPhone 4, without disclosing its inherent antenna-related design and manufacturing defect to consumers. Each of these cases alleges that a national class of consumers were harmed by as result of the defective iPhone 4 sold and promoted by defendant Apple, Inc. These actions assert claims on behalf of a national class against defendant Apple, Inc., claiming that it has violated California common law, the California Unfair Competition Law (Cal. Bus. & Prof. Code § 17200), and the California Consumer Legal Remedies Act (Cal Bus. & Prof. Code § 1750).

Given the common questions of fact and law presented by these cases, it appears likely there will be an unduly burdensome duplication of labor and expense and potentially conflicting results if the cases are heard before different judges.

Given the similarities of these actions, assignment of these cases to a single Federal District Court Judge will conserve judicial resources and promote efficient determination of the actions while avoiding potentially conflicting results. These matters are at a preliminary state and, thus, assignment to a single judge would not prejudice any of the parties. Accordingly, Plaintiffs respectfully request that the actions entitled:

*Benvenisty v. Apple, Inc.,* Case No. 10-cv-02885

*Dydyk v. Apple, Inc.*, Case No. 10-cv-02897

*Rodgers v. Apple, Inc.*, Case No. 10-cv-02916

*Popik v. Apple, Inc., et al.*, Case No. 10-cv-02928

*Tietze v. Apple, Inc.*, Case No. 10-cv-02929

*Pasanao v. Apple, Inc., et al.*, Case No. 10-cv-03919

*Mayo v. Apple*, *Inc.*, Case No. 10-cv-03017

*Aguilera v. Apple, Inc., et al.*, Case No. 10-cv-03056

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

1  be deemed related to *Goodglick, et al. v. Apple Inc., et al*., the first-filed case in this District that
2  is assigned to the Honorable Judge Ronald M. Whyte.
3
4  Dated: July 14, 2010.                    Respectfully submitted,
5                                           KERSHAW, CUTTER, & RATINOFF, LLP
6
7                                           By: */s/ Stuart C. Talley*
8                                               Stuart C. Talley
                                                 William A. Kershaw
9                                                C. Brooks Cutter
                                                 John R. Parker, Jr.
10                                               401 Watt Avenue
                                                 Sacramento, California  95864
11                                               Telephone: (916) 448-9800
12
                                                 Attorneys for Plaintiffs
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27