IRA P. ROTHKEN, SBN 160029
ROTHKEN LAW FIRM
3 Hamilton Landing, Ste 280
Novato, CA  94949
Telephone: (415) 924-4250
Facsimile:  (415) 924-2905
Email: ira@techfirm.com

Attorneys for Interested Party and
Plaintiff in Related Case,
STEVE TIETZE

WILLIAM ALTER KERSHAW
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, CA 95864
Tel: 916-448-9800
Fax: 916-669-4499
Email: wkershaw@kcrlegal.com

PENELOPE ATHENE PREOVOLOS
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: 415-268-7187
Fax: 415-268-7522
Email: ppreovolos@mofo.com

Attorneys for Plaintiffs
MICHAEL JAMES GOODLICK, et al.

Attorneys for Defendant
APPLE, INC.

[Additional Joining Plaintiffs' Counsel on
Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

| | |
|---|---|
| MICHAEL JAMES GOODLICK, et al.<br><br>                          Plaintiffs,<br>v.<br>APPLE, INC. and AT&T CORP.<br>                          Defendants. | Case No:  5:10-cv-02862-RMW<br><br>JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINTS [proposed] ORDER |

| | |
|---|---|
| ALAN BENVENISTY, | Case No:  5:10-cv-02885-JW |
| Plaintiff, | |
| v. | |
| APPLE, INC., | |
| Defendant. | |
| CHRISTOPHER DYDYK, | Case No:  5:10-cv-02897-JW |
| Plaintiff, | |
| v. | |
| APPLE, INC. and AT&T, INC., | |
| Defendants. | |
| JEFFREY ROGERS, | Case No:  5:10-cv-02916-JF |
| Plaintiff, | |
| v. | |
| APPLE, INC., | |
| Defendant. | |
| STEVE TIETZE, | Case No:  5:10-cv-02929-JF |
| Plaintiff, | |
| vs. | |
| APPLE, INC., | |
| Defendant. | |
| CHARLES PASANO, | Case No:  5:10-cv-03010-PVT |
| Plaintiffs, | |
| v. | |
| APPLE, INC. and AT&T | |
| Defendants. | |
| A. TODD MAYO | Case No:  5:10-cv-03017-PVT |
| Plaintiffs, | |
| v. | |
| APPLE, INC. | |
| Defendants. | |
| GREG AGUILERA, II | Case No:  3:10-cv-03056-SI |
| Plaintiff, | |
| v. | |
| APPLE, INC. and AT&T CORP. | |
| Defendants. | |

WHEREAS, Plaintiffs in the eight above-captioned cases located in the Northern District of California are in the process of relating the proposed

1   nationwide class actions brought on behalf of all "iPhone 4" users alleging, among

2   other things, design defects and loss of service, and to relate those cases in the

3   Northern District of California under Civil L.R. 3-12 before the Hon. Ronald M.

4   Whyte;

5         WHEREAS, an extension is necessary to give time for the pending motion

6   to relate the cases before Judge Whyte to be decided;[1]

7         WHEREAS, Defendant Apple Inc. ("Apple") has been served at various

8   times in the various actions with various due dates for responsive pleadings;

9         WHEREAS, Plaintiffs and Apple have agreed that the deadline for any and

10  all responsive pleadings currently due should have one due date and thus be

11  extended up through and including Monday, August 30, 2010;

12        NOW THEREFORE, Plaintiffs and Apple, through their counsel of record,

13  stipulate to the following:

14        IT IS HEREBY STIPULATED that, Defendants' responsive pleadings to

15  the complaints (or amended complaints, as applicable) in the above-captioned

16  cases shall be extended up through and including Monday, August 30, 2010.

17  IT IS SO STIPULATED:

18

19

20

21

22

23

24

25

26  _____

[1] Multiple MDL motions have been filed and are pending, some of which request that all
27  nationwide cases be transferred to the Northern District of California.

28

1  DATED:  July 22, 2010          KERSHAW CUTTER & RATINOFF LLP

2                                 By:_____/s/_____

3                                 William Alter Kershaw
                                   Attorneys for Plaintiffs
4                                 MICHAEL JAMES GOODLICK, TREVOR
                                   ANTUNEZ, JACLYN BADOLATO, BRYAN
5                                 COLVER, VINNY CURBELO, JOSHUA
                                   GILSON, JESSICA LARES, BRANDON
6                                 ELLISON REININGER, JAYWILL SANDS,
                                   NICOLE STANKOVITZ and KAREN YOUNG
7
8
                                   KERSHAW CUTTER & RATINOFF LLP
9                                 401 Watt Avenue
10                                Sacramento, CA 95864
                                   Tel: 916-448-9800
11                                Fax: 916-669-4499
12                                Email: wkershaw@kcrlegal.com
13
    DATED:  July 22, 2010          GARDY & NOTIS, LLP
14
15                                By:_____/s/_____
                                   Jennifer Sarnelli
16                                Attorneys for Plaintiff
17                                ALAN BENVENISTY
18                                GARDY & NOTIS, LLP
19                                560 Sylvan Avenue
                                   Englewood Cliffs, NJ 07632
20                                201.567.7377 phone
21                                201.567.7337 fax
                                   jsarnelli@gardylaw.com
22
23
24
25
26
27
28
    JOINT STIPULATION EXTENDING TIME TO      - 4 -
    RESPOND TO COMPLAINTS

DATED:  July 22, 2010          MASON LLP

                                By: _____/s/_____
                                Gary E. Mason
                                Attorney for Plaintiff
                                CHRISTOPHER DYDYK

                                MASON LLP
                                1625 Massachusetts Avenue, N.W., Suite 605
                                Washington, DC 20036
                                Tel: 202-429-2290
                                Fax: 202-429-2294
                                Email: gmason@masonlawdc.com

DATED:  July 22, 2010          SHUBLAW LLC

                                By: _____/s/_____
                                Jonathan Shub
                                Attorney for Plaintiff
                                JEFFREY RODGERS

                                SHUBLAW LLC
                                1818 Market Street, 13th Floor
                                Philadelphia, PA 19106
                                Tel: 610-453-6551
                                Fax: 215-569-1606
                                Email: jshub@shublaw.com

DATED:  July 22, 2010          ROTHKEN LAW FIRM

                                By: _____/s/_____
                                IRA P. ROTHKEN
                                Attorneys for Plaintiff
                                STEVE TIETZE

                                ROTHKEN LAW FIRM
                                3 Hamilton Landing, Ste 280
                                Novato, CA  94949
                                Telephone: (415) 924-4250
                                Facsimile:  (415) 924-2905
                                ira@techfirm.com

1   *DATED:  July 22, 2010*          FARUQI & FARUQI LLP

2                                    By:_____/s/_____
3                                    Vahn Alexander
                                     Attorneys for Plaintiff
4                                    CHARLES PASANO

5                                    FARUQI & FARUQI LLP
6                                    1901 Avenue of the Stars
                                     Second Floor
7                                    Los Angeles, CA 90067
                                     Tel: (310) 461-1426
8                                    Fax: (310) 461-1427
9                                    Email: valexander@faruqilaw.com

10

11  *DATED:  July 22, 2010*          SHEPHERD, FINKELMAN, MILLER & SHAH,
                                     LLP
12
                                     By:_____/s/_____
13                                   Rosemary Farrales Luzon
                                     Attorneys for Plaintiff
14                                   A. TODD MAYO
15
                                     SHEPHERD, FINKELMAN, MILLER &
16                                   SHAH, LLP
17                                   401 West A Street, Suite 2350
                                     San Diego, CA 92101
18                                   Tel: (619) 235-2416
                                     Fax: (619) 234-7334
19                                   Email: rluzon@sfmslaw.com
20

21

22

23

24

25

26

27

28

JOINT STIPULATION EXTENDING TIME TO        - 6 -
RESPOND TO COMPLAINTS

1

*DATED:  July 22, 2010*          WEXLER WALLACE LLP

2

By:_____/s/_____

3
                                 Mark John Tamblyn
                                 Ian James Barlow

4
                                 Neha Duggal
                                 Attorneys for Plaintiff

5
                                 GREG AGUILERA, II

6

7                                WEXLER WALLACE LLP
                                 455 Capitol Mall, Suite 231

8                                Sacramento, CA 95814
                                 Tel: (916) 492-1100

9
                                 Fax: (916) 492-1124

10                               Email: mjt@wexlerwallace.com
                                 Email: ijb@wexlerwallace.com

11                               Email: tl@wexlerwallace.com

12

13      *DATED:  July 22, 2010*          MORRISON & FOERSTER LLP

14
                                 By:_____/s/_____
15                               Penelope Athene Preovolos
                                 Attorneys for Defendant

16                               APPLE, INC.

17
                                 MORRISON & FOERSTER LLP
18                               425 Market Street
                                 San Francisco, CA 94105
19                               Tel: 415-268-7187
                                 Fax: 415-268-7522
20
                                 Email: ppreovolos@mofo.com
21

22

23      I hereby attest that I have on file all holograph signatures for any signatures
        indicated by a "conformed" signature (/S/) within this efiled document.
24

25
        Dated: July 23, 2010
26                               _____
                                 Ira P. Rothken
27

28

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    DATED: _____          _____
                                                    DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION EXTENDING TIME TO        - 8 -
RESPOND TO COMPLAINTS